United States District Court
Southern District of Texas

**ENTERED**

February 02, 2016

David J. Bradley, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| VERNON GALLIER, *et al*., | § | |
| Plaintiffs, | § | |
| | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-14-888 |
| | § | |
| WOODBURY FINANCIAL | § | |
| SERVICES, INC., *et al.*, | § | |
| Defendants. | § | |

**ORDER**

Defendant Woodbury Financial Services. Inc.'s unopposed motion to exceed the page limit,

(Docket Entry No. 40), is granted. Woodbury's motion for summary judgment is filed as of February

2, 2016.

SIGNED on February 2, 2016, at Houston, Texas.

_____

Lee H. Rosenthal
United States District Judge